

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-08-00505-CV

Michael Anthony **SMITH**,
Appellant

v.

Stephen P. **COLLINS**, et al.,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 07-11-18718-CV
Honorable Watt Murrah, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   December 17, 2008

DISMISSED

The appellant has filed an unopposed Notice of Non-Suit and Appeal Abandonment. We

therefore dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM